IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02781-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

GREGORY YAMAGUCHI,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed October 15, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated:  October 15, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge